FÉLIX BENÍTEZ REXACH, demandante y apelado, *v.* R. SANCHO BONET, TESORERO DE PUERTO RICO, demandado y apelante.

Núm. 7558.—*Sometido:* Julio 19, 1937. *Resuelto:* Julio 28, 1937.

*Hon. Procurador General B. Fernández García y E. Campos del Toro,
Procurador General Auxiliar*, abogados del apelante; *M. Guerra
Mondragón*, abogado del apelado.

El Juez Presidente Señor Del Toro emitió la opinión del
tribunal.

Se pide la desestimación del recurso interpuesto en este
caso porque ''de la sentencia única, real y efectiva, que dictó
la corte inferior el demandado no ha interpuesto resurso de
apelación ante esta Hon. Corte. Sí, interpuso recurso de
apelación de una supuesta sentencia en que se dice se decreta
un supuesto auto preliminar de *injunction* que nunca se dictó
pues que, según tiene resuelto esta Hon. Corte en *Blanco* v.
*Hernández, etc.,* 18 D.P.R. 711: 'Convertido en perpetuo un
*injunction* preliminar, éste queda comprendido (*merged*) den-
tro de aquél'.''

Y también se solicita tal medida por ser el recurso frívolo,
con imposición de las costas al apelante por haber sido teme-
rario.

Se opuso el apelante. Sostiene que recurrió de la única
sentencia que se ha dictado en el caso y que su apelación no
es frívola, ni ha actuado con temeridad.

Los autos quedaron archivados en la secretaría de
esta corte en junio 28 último. Se componen del legajo de la
sentencia y de la transcripción de la evidencia. El legajo
contiene la demanda por virtud de la cual se solicitó la expe-
dición de un auto de *injunction* permanente y entre tanto la
de uno preliminar, la orden de la corte decretando, ''vista la
solicitud de *injunction* preliminar'', que el demandado mos-
trara causas por virtud de las cuales no debía concederse el

remedio solicitado, poniéndolo entre tanto en entredicho previa prestación de fianza, la contestación del demandado a la orden de entredicho y a la solicitud de *injunction* preliminar, su contestación a la demanda, la estipulación de las partes por virtud de la cual "convienen, previa aprobación de la corte, que la decisión de ésta en el incidente de *injunction* preliminar sea hecha extensiva, como decisión final, al auto de *injunction* perpetuo", la resolución de la corte aprobando la estipulación y su sentencia de octubre 19, 1936, basada en una relación del caso y opinión, declarando la demandada con lugar y en su consecuencia decretando el *injunction* perpetuo solicitado, la notificación de la sentencia al demandado y el escrito de apelación que en lo pertinente dice: "Sírvanse quedar notificados de que el demandado NO ESTANDO CONFORME con la sentencia dictada en este caso con fecha 19 de octubre de 1936 ý notificada a esta parte el 22 del mismo mes y año, por la que se decreta la expedición de auto preliminar de *injunction* contra el demandado, apela de la misma para ante la Hon. Corte Suprema."

Del hecho de que el escrito contenga las palabras "por la que se decreta la expedición de auto preliminar de *injunction* contra el demandado", no puede inferirse que el demandado de nada apelara ya que no existe sentencia alguna decretando *injunction* preliminar, constituyendo ello solamente a nuestro juicio una descripción o calificación errónea del alcance de la sentencia que no puede destruir la expresa intención del demandado de apelar como apeló de "la sentencia dictada en este caso con fecha 19 de octubre de 1936 y notificada a esta parte el 22 del mismo mes y año" que es la única sentencia dictada en el litigio poniendo fin al mismo de acuerdo con las alegaciones y con la prueba practicada con motivo de la solicitud de *injunction* preliminar según las apreció la corte y con la estipulación de las partes a que antes hicimos referencia.

**120**

■ No cabe, pues, decretar la desestimación del recurso por el primero de los motivos alegados y tampoco por el segundo porque tras un estudio de las razones que se alegan en la moción y de las que se exponen en el alegato de la parte apelante acompañado a su moción de oposición, no estamos convencidos de que el interpuesto en este caso sea un recurso claramente frívolo.

*No ha lugar a la desestimación solicitada.*

El Juez Asociado Señor Córdova Dávila no intervino.